AO 440 (Rev. 06/12) Summons in a Civil Action

**SERVED**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| DANIEL W. GRABILL | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-cv-00503-BJD-PDB |
| ROSENTHAL, MORGAN & THOMAS, INC. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROSENTHAL, MORGAN & THOMAS, INC.
c/o REGISTERED AGENT
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, LTD.
2500 South Highland Avenue Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date: May 1, 2023

Signature of Clerk or Deputy Clerk

# VERIFIED RETURN OF SERVICE

Job # MIA8845

### Client Info:
Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

### Case Info:
**PLAINTIFF:**
DANIEL W. GRABILL
-versus-
**DEFENDANT:**
ROSENTHAL, MORGAN & THOMAS, INC.

U.S.D.C. FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **3:23-cv-00503-BJD-PDB**

### Service Info:

**Received by Mikhael Goldgisser:** on May, 4th 2023 at 01:04 PM
**Service:** I Served **ROSENTHAL, MORGAN & THOMAS, INC. c/o Registered Agent, CT Corporation System**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Donna Moch, EMPLOYEE-AUTHORIZED TO ACCEPT**

At Business 1200 SOUTH PINE ISLAND RD PLANTATION, FL 33324
Latitude: **26.107742**,   Longitude: **-80.250146**

On **5/4/2023** at **02:12 PM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description:** (Approx)

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **145**, Hair: **Brown** Glasses: **No**

I **Mikhael Goldgisser** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_Mike Goldgr_

**Mikhael Goldgisser**
Lic # **1556**

**Paul Pankiewicz - R.O.S. Consulting, Inc**
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL 60585

Job # MIA8845




1 of 1