# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| DANIEL W. GRABILL, <br><br> Plaintiff, <br><br> v. <br><br> ROSENTHAL, MORGAN & THOMAS, INC., <br><br> Defendant. | Case No. : 3:23-cv-00503-BJD-PDB |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

Alexander J. Taylor hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the following statements are true and correct:

1. That I am an attorney for the Plaintiff, DANIEL W. GRABILL, on and in that capacity represent the interests of Plaintiff in the above-captioned matter.

2. I hereby make Motion to the Clerk of this Court for entry of default as to Defendant, ROSENTHAL, MORGAN & THOMAS, INC., pursuant to Fed. R. Civ. P. 55(a), and in support of this Motion do show that:

   A. Defendant was served on May 4, 2023, by serving Donna Moch, who is designated by law to accept service of process on behalf of ROSENTHAL, MORGAN & THOMAS, INC. located 1200 South Pine Island Road Plantation, Florida 33324, with a true copy of the Summons in a Civil Action and Complaint.

   B. Defendant, a Florida corporation, with its principal place of business in Plantation, Florida, is neither an infant nor an incompetent person requiring special service in

accordance with Fed. R. Civ. P. 4(g), and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

C. Defendant has neither answered nor otherwise responded formally to Plaintiffs Complaint, and the time to do so, as provided in Fed. R. Civ. P. 12(a) of has expired;

D. Copies of this Affidavit and the Motion, seeking entry of default, which are being filed herewith, have this date been served upon the defendant by UPSP Priority Mail, postage prepaid.

**FURTHER THE AFFIANT SAYETH NOT**



———————————————
Alexander J. Taylor

SUBSCRIBED AND SWORN to before me this 18th day of July 2023.

———————————————
NOTARY PUBLIC

Amy Dittbenner, Notary Public
State of Illinois, County of Kane
My commission expires March 16, 2026 Acting in Kane County

AMY J. DITTBENNER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 16, 2026

AMY J. DITTBENNER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 16, 2026