United States District Court
Middle District of Florida
Jacksonville Division

**DANIEL W. GRABILL,**

    *Plaintiff,*

V.                                                  **NO. 3:23-cv-503-BJD-PDB**

**ROSENTHAL, MORGAN & THOMAS, INC.,**

    *Defendant.*

## Order

In the complaint, the plaintiff alleges the defendant's principal place of business is in Missouri. Doc. 1 ¶ 6. To support the motion for default judgment against the defendant, the plaintiff's counsel has filed an affidavit declaring under penalty of perjury that the defendant is a Florida corporation with its principal place of business in Florida. Doc. 9-2 ¶ 2B. Where the defendant is incorporated and has its principal place of business may be pertinent to whether this Court has personal jurisdiction over the defendant.

By **October 17, 2023**, counsel must state whether the affidavit is false, and if the affidavit is false, must show cause why sanctions should not be imposed for filing a false affidavit to support a motion for default judgment.

**Ordered** in Jacksonville, Florida, on October 3, 2023.

*PATRICIA D. BARKSDALE*
*United States Magistrate Judge*