United States District Court
Middle District of Florida
Jacksonville Division

**DANIEL W. GRABILL,**

 *Plaintiff,*

v.               **NO. 3:23-cv-503-BJD-PDB**

**ROSENTHAL, MORGAN & THOMAS, INC.,**

 *Defendant.*

---

# Order

 At the plaintiff's request, Doc. 9 at 4, the undersigned will conduct an evidentiary hearing on damages on **December 6, 2023**, at **1:00 p.m.** in courtroom 5B (fifth floor) of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. Because of the need to evaluate credibility, leave to appear virtually will not be granted. A court reporter will transcribe the hearing. If the plaintiff files a notice stating he withdraws his request for an evidentiary hearing and his demand for actual damages (as opposed to statutory damages), *see* Doc. 9 at 4, the Court will cancel the hearing.

 **Ordered** on November 17, 2023, in Jacksonville, Florida.

               _____
               PATRICIA D. BARKSDALE
               *United States Magistrate Judge*

c:  Counsel of record

    Rosenthal, Morgan & Thomas, Inc.
    1200 South Pine Island Road
    Plantation, Florida 33324