**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANIEL W. GRABILL,

Plaintiff,

Case No. 3:23-cv-503-BJD-PDB

v.

ROSENTHAL, MORGAN & THOMAS, INC.,

Defendant.

_______________________________/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal (Doc. 20; Notice) filed by Plaintiff on February 5, 2024. In the Notice, Plaintiff states voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of February 2024.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record